**CAREMEDIC SYSTEMS, INC.,**
**Plaintiff–Appellant,**

v.

**The HARTFORD CASUALTY INSURANCE COMPANY,**
**Defendant–Appellee.**

No. 08–12386
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 3, 2008.

Nicholas A. Shannin, Brian W. Bennett, Page, Eichenblatt, Bernbaum & Bennett, P.A., Orlando, FL, for Plaintiff–Appellant.

Lori Jean Caldwell, Candy L. Messersmith, David Bryan Shelton, Rumberger, Kirk, Caldwell, et al., Orlando, FL, for Defendant–Appellee.

Before TJOFLAT, DUBINA, and HILL, Circuit Judges.

PER CURIAM:

After careful consideration of the record in this case, the briefs, and the arguments of counsel contained therein, we conclude that the judgment of the Honorable James S. Moody, Jr., United States District Judge, Middle District of Florida, in *CareMedic Sys., Inc. v. Hartford Cas. Ins. Co.*, No. 8:06–CV–1185–T–30MSS, 2008 WL 912437 (M.D.Fla. Apr.1, 2008) is due to be affirmed based upon the analysis set forth in its well-reasoned seventeen-page opinion.

AFFIRMED.